IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CYNTHIA L. ROGERS | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-499(MTT) ) |
| BRIAN OWENS, Commissioner of the Georgia Department of Corrections; DONALD BARROW, Warden, Wilcox State Prison; DORIS EVANS, Deputy Warden, Wilcox State Prison, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Motion to Dismiss in Lieu of an Answer (Doc. 5) (the "Motion") filed by Defendants Donald Barrow and Doris Evans. The parties have agreed to the dismissal of Brian Owens, Donald Barrow and Doris Evans the substitution as defendant the Georgia Department of Corrections. Therefore, Court will **GRANT** the Motion (Doc. 5). Defendants Owens, Barrow and Evans are dismissed from the case, and the Georgia Department of Corrections is substituted as Defendant.

**SO ORDERED**, this the 30th day of June, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT